COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

CHRISTOPHER NAPIER,                     §          No. 08-18-00050-CR

                         Appellant,     §              Appeal from the

v.                                      §          243rd District Court

THE STATE OF TEXAS,                     §          of El Paso County, Texas

                         State.         §          (TC# 20170D04503)

                                        §

## O R D E R

The Court GRANTS the State's third motion for extension of time within which to file the brief until **April 13, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before April 13, 2019.

IT IS SO ORDERED this 28th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.